**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-3923MN

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Richard James Jones, also known as | * | |
| Edward Sloss, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 15, 1998
Filed: April 27, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

On appeal, Richard James Jones contends the district court failed to establish a factual basis for acceptance of Jones's guilty plea for carrying a firearm during and in relationship to a drug offense. Contrary to Jones's view, the record shows that when Jones was stopped by the police, he was driving a car he had used during the day, a handgun was found in the console between the front seats, and at the time of his plea Jones admitted the handgun "was within readily accessible control by [him and he] also

---

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

had crack cocaine on [his] body." Thus, when the district court asked for Jones's plea, he admitted he was "actually guilty" of knowingly carrying a firearm in relation to a drug trafficking offense. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We also conclude that an extended discussion is unnecessary. We thus affirm Jones's conviction. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.